# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

**FILED**

AUG 2 7 2018

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

---

Earl M Hoover III
*(Enter above the full name of the plaintiff or plaintiffs in this action).*

#3554933
*(Inmate Reg. # of each Plaintiff)*

**VERSUS**

**CIVIL ACTION NO.** 2:18-cv-1259
*(Number to be assigned by Court)*

South Central Jail

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____   No ✓

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

2. Court (if federal court, name the district; if state court, name the county);

   _don't wh_A_____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **Place of Present Confinement:** S.R.J.

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓      No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓      No ____

    C. If you answer is YES:

        1. What steps did you take? I told everyone what was going on

        2. What was the result? not a thing

    D. If your answer is NO, explain why not: ____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Earl M. Hoover III

        Address: 1201 Centre way Charleston W.V. 25309

    B. Additional Plaintiff(s) and Address(es): ____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: _____

    is employed as: _____

    at _____

D. Additional defendants: _____

_____

_____

_____

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The jail was going through a shackdown and when they got to my ceil door I was asked to step out and to the side I did as was asked; I had asked a question, and was maced in the face for no reason other than being black... They ruffed me up, beat me up & walked me into doors laughing the whole time

7/22/18

I recived two write ups from here @ the facilady; One for Refusing & Order & one for Interfuing with procedcy's & when we went to see or to have a hearing about the write ups I won Both no falt was fond on my End so this is why I'm putting in this 1983 form
I feel like it was Mased just bacause I Am A Black man...
I also feel like if I don't say anything that it will keep happning
thanks
Earl M. Hoover III

IV. **Statement of Claim (continued):**

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

"Justice" and I feel like justice will be served with the C.O.'s losid there job + I resive a lump sume of money

5

V.  **Relief (continued)):**

_____
_____
_____
_____
_____
_____

VII. **Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____    No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

If not, state your reasons: _____
_____

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____    No ✓

6

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of __March 10_____, 20_18_.

_____Earl M. Hoover III_____

_____

_____

**Signature of Plaintiff or Plaintiffs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
             (Date)

_____Earl M. Hoover III_____
**Signature of Movant/Plaintiff**

_____
**Signature of Attorney**
**(if any)**

7