UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


EARL M. HOOVER, III,

       Plaintiff,

v.                              Civil Action No. 2:18-cv-01259
                                    Civil Action No. 2:18-cv-01328
                                    Civil Action No. 2:18-cv-01335
                                    Civil Action No. 2:18-cv-01354


SOUTH CENTRAL REGIONAL JAIL,

       Defendant.


## MEMORANDUM OPINION AND ORDER


       The court having received the Proposed Findings and
Recommendation of United States Magistrate Judge Dwane L.
Tinsley, entered on May 30, 2019; and the magistrate judge
having recommended that the court dismiss these civil actions
without prejudice, pursuant to Rule 41(b) of the Federal Rules
of Civil Procedure, and deny as moot the plaintiffs' Application
to Proceed Without Prepayment of Fees and Costs; and no
objection having been filed to the Proposed Findings and
Recommendation, it is ORDERED that the findings made in the
Proposed Findings and Recommendation of the magistrate judge be,
and hereby are, adopted by the court and incorporated herein.

It is, accordingly, ORDERED that the plaintiff's complaints in the four above-styled civil actions be, and hereby are, dismissed without prejudice.

The Clerk is directed to forward copies of this memorandum opinion and order to the plaintiff, all counsel of record, and the United States Magistrate Judge.

ENTER: June 20, 2019

John T. Copenhaver, Jr.
Senior United States District Judge